## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | | |
|---|---|---|
| MINNESOTA LIFE INSURANCE COMPANY | * * | |
| Plaintiff | * * | |
| V. | * * | |
| | * | NO: 4:15CV00493 SWW |
| SHONDA L. MOSEBY, WANDERLANE E. MOSEBY, AND PATRICIA MOSEBY JONES | * * * * | |
| Defendants | * * * | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' joint motion stating that they have settled this dispute and request that the Court dismiss the case with prejudice. IT IS THEREFORE ORDERED that the motion [ECF No. 18] is GRANTED and that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 5TH DAY OF NOVEMBER, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE